lant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES MALLOY, Respondent, v. GLEN COVE AND NEW YORK COACH CORPORATION and Others, Defendants (UNITED STATES CASUALTY COMPANY, Appellant).— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES MALLOY, Respondent, v. GLEN COVE AND NEW YORK COACH CORPORATION and Others, Defendants (UNITED STATES CASUALTY COMPANY, Appellant).— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

COURTLANDT REALTY CORPORATION, Respondent, v. SURFACE TRANSPORTATION COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CLAUDE NEON LIGHTS, INC., Appellant, v. FEDERAL ELECTRIC COMPANY, INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [135 Misc. 113].

JEAN DE VAUTIBAULT, Respondent, v. DAINTY PERFUMER SERVICE CORPORATION and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LANGPORT TILE COMPANY, INC., Appellant, v. THE KENILWORTH TILE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of MARK SHELDON STEVENS, INC., for an Order Compelling JOHN HENRY LAMBERT, Respondent, to Return Certain Moneys, etc. PETER A. LAURIA, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AEDITA S. FISHER, Appellant, v. HARRY C. (Also Known as " BUD ") FISHER, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARTHUR M. LEE, Appellant, v. STANLEY P. WOODARD, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

D. STERRETT PINDELL, Appellant, v. FREDERIC W. SIM and Another, Individually and as Surviving Executors and Trustees, etc., of JOSEPH A. POWERS, Deceased, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THOMAS FRANKLYN MANVILLE, JR., Appellant, v. HIRAM E. MANVILLE and Another, Respondents.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion denied as to item No. 10. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ETHEL FEINBERG, Appellant, v. MORRIS FEINBERG, Respondent.— Order